### 20799. DIAMOND ALKALI COMPANY *v.* GODWIN.

ALMAND, Justice. After a careful consideration of the record in this case and the decision made by the Court of Appeals (*Diamond Alkali Co.* v. *Godwin,* 100 *Ga. App.* 799, 112 S. E. 2d 365), we are of the opinion that that court did not err in affirming the judgment of the court below.

*Judgment affirmed. All the Justices concur, except Quillian, J., disqualified.*

SUBMITTED MARCH 14, 1960—DECIDED APRIL 7, 1960.

*Marcus B. Calhoun,* for plaintiff in error.
*W. H. Long, S. Spencer Bennet,* contra.